No. 86–434. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. *v.* SAN FRANCISCO COUNTY DEMOCRATIC CENTRAL COMMIT-

TEE ET AL. Appeal from C. A. 9th Cir. Judgment vacated and case remanded for further consideration in light of *Tashjian* v. *Republican Party of Connecticut, ante,* p. 208. JUSTICE STEVENS would affirm the judgment. THE CHIEF JUSTICE took no part in the consideration or decision of this case.